**DENY and Opinion Filed October 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01022-CV**

**IN RE URBAN 8 LLC AND URBAN 8 MANAGEMENT LLC, Relators**

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-08919**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Smith
Opinion by Justice Osborne

Relators ask for a writ of mandamus to vacate an order denying a motion to set aside a default judgment. To be entitled to mandamus relief, relators must show that the trial court clearly abused its discretion and that they lack an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition and the record before us, we conclude relators have not shown they are entitled to mandamus relief. Accordingly, we deny the

petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).


221022f.p05

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE
